UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRA LLC, a Washington limited liability company, d/b/a El Nayarita-Mariscos & Bar; and ALEJANDRA SEGURO OLMEDO, a/k/a Alejandra Seguro, and the marital community thereof,<br><br>Defendants. | Case No. 2:20-cv-00713-JLR<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

THIS MATTER came for consideration before the Court on Plaintiff's Motion For Entry of Judgment (Dkt #10).  ALEJANDRA LLC, doing busines as El Nayarita-Mariscos & Bar, and ALEJANDRA SEGURO OLMEDO, also known as Alejandra Seguro, who are in default, did not oppose the motion.  The Court has reviewed the motion, all submissions filed in support of the motion, the relevant portions of the record, and the applicable law.  Being fully advised, the

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT (2:20-cv-00713-JLR) page - 1

Court concludes that Plaintiff should be awarded a judgment in the amount of $43,000.00 against Defendants, and each of them, who are and shall be jointly and severally liable for that judgment, which consists of an award of $10,000 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II), and an award of $33,000 in additional statutory damages under 47 U.S.C. § 605(e)(3)(C)(ii). In addition, Plaintiff is entitled to recover its reasonable attorney fees and costs under 47 U.S.C. § 605(e)(3)(B)(iii).

Now, therefore, it is hereby

ORDERED that Plaintiff's Motion For Entry of Judgment should be and is hereby GRANTED and judgment should be entered for the amount requested in Plaintiff's motion.

It is further ORDERED that a separate judgment, as provided in FRCP 54, shall be entered: (1) Awarding plaintiff G&G Closed Circuit Events, LLC statutory damages in the amount of $43,000.00 against ALEJANDRA LLC, doing busines as El Nayarita-Mariscos & Bar, and against ALEJANDRA SEGURO OLMEDO, also known as Alejandra Seguro, and the marital community thereof, who are jointly and severally liable for that sum, plus post-judgment interest as provided by statute; and (2) Directing that no later than 14 days from the entry of the judgment memorializing this order, G&G Closed Circuit Events, LLC may, as provided in FRCP 54, file a supplemental motion for costs and attorney fees, limited to six (6) pages, and supported by documentary evidence reflecting the amount of fees Plaintiff seeks.

Dated this 2nd day of April, 2021.

_____
Hon. James L. Robart
U.S. DISTRICT COURT JUDGE

Presented By:

Bruce H. Orr, WSB No. 19147
Wyse Kadish LLP
900 SW Fifth Ave, Ste 2000
Portland, OR 97204
Phone: (503) 228-8448
Email: bho@wysekadish.com